# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

**06CV6724**

**JUDGE HIBBLER**

**MAGISTRATE JUDGE SCHENKIER**

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

..ember 4, 2006

Michael W. Dobbins, Clerk of Court
Everett McKinley Dirksen Building
20th floor
219 South Dearborn Street
Chicago, Illinois 60604

**RECEIVED**
DEC - 5 2006
DEC 05 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:  Case No.:    00CV951
     Case Title:  Albert Patterson v Dale R. Gagner

Dear Mr. Dobbins:

On November 30, 2006, the Honorable Lynn Adelman, signed an Order transferring the above-entitled case to your court. Enclosed is a certified copy of said Order, together with a certified copy of the docket entries and all original pleadings on file.

Please acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area below.

Thank you for your cooperation in this matter.

Very truly yours,

Clerk, U.S. District Court

By: _____
Deputy Clerk

Enclosures

ASSIGNED DOCKET NO.



U.S. DIST. COURT EAST DIST. WISC.
e-FILED
NOV 30 2006
O'CLOCK ___M
SOFRON B. NEDILSKY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALBERT PATTERSON,**
doing business as
**World Wrestling Association**
doing business as
**Superstars of Wrestling,**
          Plaintiff,

v.

**DALE GAGNER,**
doing business as
**Superstars of Wrestling, and**
**AWA SUPER STARS OF WRESTLING INC.,**
          Defendants.

Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures.

Case No. 00C0951

06CV6724
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

## ORDER TRANSFERRING CASE

This is one of Judge Curran's cases that was reassigned to me when he retired. In 2001, pursuant to the parties' agreement, Judge Curran granted an injunction in favor of the plaintiff and dismissed the case. Plaintiff now alleges that defendant violated the injunction and seeks relief. Although Judge Curran dismissed the case with prejudice, because the case involves an attempt to enforce an injunction, this court still has jurisdiction. See Shapo v. Foley & Lardner, 463 F.3d 641, 643 (7th Cir. 2006). However, the parties' settlement agreement contains a provision stating that further litigation in the case shall be brought in the state or federal courts in Cook County, Illinois. At a recent conference with the parties, both parties agreed that I should transfer the case to the District Court for the Northern District of Illinois.

Therefore,

U.S. District Court
Eastern Dist. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
SOFRON B. NEDILSKY, Clerk
DATED: 12/4/06
_____ Deputy

AO 72A
(Rev.8/82)

**IT IS ORDERED** that this case be transferred to the Northern District of Illinois.

Dated at Milwaukee, Wisconsin this 30 day of November, 2006.

LYNN ADELMAN
District Judge

CLOSED, TRANSFERRED

United States District Court
Eastern District of Wisconsin (Milwaukee)
CIVIL DOCKET FOR CASE #: 2:00-cv-00951-LA
Internal Use Only

Patterson v. Gagner, et al
Assigned to: Judge Lynn Adelman
Demand: $5,000,000
Cause: 15:1051 Trademark Infringement

Date Filed: 07/07/2000
Date Terminated: 05/31/2001
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Albert Patterson**
*doing business as*
World Wrestling Association
*doing business as*
Superstars of Wrestling

represented by **Charles D Boutwell**
Boutwell Law Office
3075 Plum Island Dr
Northbrook, IL 60062
847-272-2126
Fax: 847-272-2275
Email: dboutwell333@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

FILED DEC 05 2006
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

06CV6724
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

V.

**Defendant**

**Dale R Gagner**
*doing business as*
Superstars of Wrestling

represented by **Dale R Gagner**
4739 14th Ave NW #4
Rochester, MN 55901
507-213-1534
PRO SE

**Defendant**

**AWA Super Stars of Wrestling Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2000 | 1 | COMPLAINT (Summonses issued); jury demand Consent Forms Distributed for Magistrate Judge Callahan (djd, ) |
| 07/07/2000 | 2 | ATTORNEY APPEARANCE for plntf Albert Patterson by Charles Boutwell (djd, ) |
| 09/12/2000 | 3 | RETURN OF SERVICE executed as to defendant Dale R Gagner served on 8/28/00 (tlf, ) (Entered: 09/13/2000) |
| 09/25/2000 | 4 | ANSWER by defendant Dale R Gagner as President of defendant AWA Super Stars to [1-1] (tlf, ) (Entered: 09/26/2000) |
| 09/26/2000 | 5 | ORDER by Senior Judge Thomas J. Curran that on or before 10/16/00, the defendant shall retain counsel who shall file a notice of appearance. If a timely notice of appearance is not filed, the court shall strike the answer. (cc: all counsel) (eeb, ) (Entered: 09/27/2000) |
| 10/16/2000 | 6 | LETTER from defendant Dale R Gagner advising the court that he is no longer employed or holds any interest in AWA Superstars. (kmm, ) (Entered: 10/17/2000) |
| 11/08/2000 | 7 | MOTION by plaintiff Albert Patterson for default judgment against Dale R Gagner, AWA Super Stars and for permanent injunction (tlf, ) (Entered: 11/09/2000) |
| 11/08/2000 | 8 | CERTIFICATE OF SERVICE by plaintiff Albert Patterson (tlf, ) (Entered: 11/09/2000) |

| | | | |
|---|---|---|---|
| 11/13/2000 | | 9 | ORDER by Senior Judge Thomas J. Curran denying plaintiff's motion for default judgment against Dale R Gagner, AWA Super Stars [7-1]; striking Answer of AWA Superstars of Wrestling Inc [4-1] (but not of defendant Dale Gagner); scheduling conference set for 9:00 12/6/00 in Courtroom 242 (cc: all counsel) (tlf, ) (Entered: 11/14/2000) |
| 12/06/2000 | | 10 | HEARING MINUTES: by Senior Judge Thomas J. Curran ; discovery ddl set for 3/10/01 ; motion filing ddl set for 3/15/01 ; pretrial conference set for 9:00 5/9/01 ; #3- jury trial set for 9:30 6/1/01 ; #2-8/13/01; #1-10/15/01 status hearing held 12/6/00 Plfts ask for injunctive relief; deft has until 12/14/00 to file any objections to the injunctive relief; Court Reporter: John S. (eeb, ) (Entered: 12/07/2000) |
| 12/07/2000 | | 11 | ORDER by Senior Judge Thomas J. Curran: SEE 12/6/00 Hearing Minutes (cc: all counsel) (tlf, ) (Entered: 12/08/2000) |
| 12/13/2000 | | 13 | TRANSCRIPT filed - Scheduling Conference held 12/6/00 (tlf, ) (Entered: 12/14/2000) |
| 12/14/2000 | | 12 | OBJECTIONS by defendant Dale R Gagner to the granting of injunctive relief. (eeb, ) |
| 02/26/2001 | | 14 | NOTICE OF MOTION AND MOTION by plaintiff Albert Patterson to compel deposition testimony and production of documents (eeb, ) |
| 03/01/2001 | | 15 | ORDER by Senior Judge Thomas J. Curran denying motion to compel as moot [14-1] ; discovery ddl is extended to 3/30/01 (cc: all counsel) (eeb, ) Modified on 03/02/2001 (Entered: 03/02/2001) |
| 03/30/2001 | | 16 | STATUS REPORT by plaintiff. (bdr, ) (Entered: 04/02/2001) |
| 05/07/2001 | | 17 | PRETRIAL REPORT by plaintiff Albert Patterson w/jury demand (eeb, ) |
| 05/08/2001 | | 18 | ORDER by Senior Judge Thomas J. Curran ; pretrial conference of 5/8/01 has been removed from the court's calendar The parties shall send the court a report on the status of their settlement negotiations on or before 5/18/01. If settlement has been reached, the final pretrial conference will be rescheduled. (cc: all counsel) (eeb, ) (Entered: 05/09/2001) |
| 05/15/2001 | | 19 | NOTICE OF SETTLEMENT AGREEMENT filed by plaintiff Albert Patterson, defendant Dale R Gagner (eeb, ) (Entered: 05/29/2001) |
| 05/29/2001 | | 20 | NOTICE OF MOTION by plaintiff Albert Patterson (tlf, ) (Entered: 05/30/2001) |
| 05/29/2001 | | 21 | MOTION by plaintiff Albert Patterson for injunction and dismissal (tlf, ) (Entered: 05/30/2001) |
| 05/31/2001 | | 22 | ORDER by Senior Judge Thomas J. Curran granting plaintiff's motion for injunction pursuant to settlement agreement and dismissal [21-1]; dismissing this action with prejudice ; the clerk is directed to enter final judgment (cc: all counsel) (tlf, ) (Entered: 06/01/2001) |
| 05/31/2001 | | 23 | JUDGMENT: by Deputy Clerk for plaintiff Albert Patterson against defendants Dale R Gagner, AWA Super Stars; dismissing case with prejudice (cc: all counsel) (tlf, ) (Entered: 06/01/2001) |
| 06/21/2006 | 24 | | MOTION for a Rule to Show Cause for Violation of an Order of Injunction and MOTION for Discovery by plaintiff Albert Patterson; document NOT scanned (vkb) |
| 06/21/2006 | | | Case Reassigned to Judge Lynn Adelman; Judge Thomas J Curran no longer assigned to the case (vkb) |
| 08/08/2006 | 25 | | NOTICE by Albert Patterson to the Court that deft Gagner Received a Copy of Plntf's Motion for a Rule to Show Case for Violation of an Order of Injunction & for Discovery on June 22, 2006 (Attachments: # 1 Exhibits 1 - 3# 2 Certificate of Service)(djd) |
| 10/28/2006 | 26 | | MOTION for Order to Show Cause or *Body Attachment* by Albert Patterson. (Boutwell, Charles) |
| 11/01/2006 | 27 | | Letter RESPONSE filed by Dale R Gagner to [24] MOTION for Order to Show Cause MOTION for Discovery on June 22, 2006. (djd) |
| 11/07/2006 | 28 | | SCHEDULING ORDER: signed by Judge Lynn Adelman on 11/7/06. Telephone Conference set for 11/20/2006 11:15 AM before Judge Lynn Adelman. (cc: all counsel, pro se defendant)(Wesolek, Marie) |
| 11/17/2006 | 29 | | LETTER from Dale Gagner re 11/20/06 telephonic status conference. (djd) |

| | | | |
|---|---|---|---|
| 11/27/2006 | | 30 | Minute Entry for telephonic status conference held 11/27/06 before Judge Lynn Adelman. The judge will confirm he has jurisdiction, then transfer this case to the Northern District of IL, pursuant to the parties' agreement. (djd) (Entered: 11/28/2006) |
| 11/30/2006 | | 31 | Order to Transfer Case to Northern District of Illinois signed by Judge Lynn Adelman on 11/30/06. (cc: pro se parties, all counsel)(Wesolek, Marie) |