IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT PATTERSON d/b/a<br>WORLD WRESTLING ASSOCIATION,<br>SUPERSTARS OF WRESTLING,<br>    Plaintiff<br><br>v.<br><br>AWA SUPERSTARS OF WRESTLING, INC.<br>    Defendant | NO. 00-C-0951 |

## ANSWER TO COMPLAINT

In reference to Counts One - Four, we categorically deny plaintiff's claim of unfair competition, trademark and service mark infringement of the plaintiff's names and marks SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS WRESTLING, WWA SUPERSTARS OF WRESTLING, and WWA SUPERSTARS OF PRO WRESTLING. A jury trial would certainly be a waste of this courts jurisdiction. The claim's by defendant are unfounded and without merit.

Pursuant to the plaintiff's claim, defendant, AWA SUPERSTARS OF WRESTLING, INC. has not violated or used said plaintiff's trademarked names of SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS WRESTLING, WWA SUPERSTARS OF WRESTLING, or WWA SUPERSTARS OF PRO WRESTLING to compete unfairly.

All AWA SUPERSTARS OF WRESTLING events have been promoted as "AWA - American Wrestling Association featuring the Superstars of Wrestling Events" and is a widely used promotional statement. The AWA precedes plaintiff's incorporation of 1979 and has been doing business internationally since 1967.

The defendant, at no time has had knowledge of plaintiff's ownership of the trade name and service marks SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS WRESTLING, WWA SUPERSTARS OF WRESTLING, and WWA SUPERSTARS OF PRO WRESTLING.

Defendant has not sought or obtained permission of plaintiff or any plaintiffs affiliates or related companies to use plaintiffs tradename or servicemarks since defendant is not in violation of said defendant's claim.

At no time has defendant been in violation of the Federal Trade Mark Act of 1946, Section 1051 et. sq. of Title 15 of the United States Code, and the laws of the State of Wisconsin relating to unfair competition and to trade name, trade mark and service mark infringement. Furthermore, AWA Superstars of Wrestling, Inc. does not conduct business in the same areas or markets of plaintiff.

DALE R. GAGNER, PRESIDENT
AWA SUPERSTARS OF WRESTLING, INC.

_____
Dale R. Gagner, President
AWA SUPERSTARS OF WRESTLING, INC.



STEPHANIE M. ANDERSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005